JOHN F. GALLUP, Respondent, *v*. WILLIAM R. BABSEN et al.,
Appellants.

WILLIAM H. WELLS et al., Respondents, *v*. ISAAC S. HOLBROOK
et al., Appellants.

(Submitted December 15, 1876; decided January 16, 1877.)

*A. S. Diossy* for the appellants.

*Wm. Wickham* for the respondents.

Agree to dismiss appeals.   No opinion
All concur.
Appeals dismissed.